# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**RICHARD ARLEN COAN, JR.**

   **Plaintiff,**

v.             Case No. 16-CV-1155

**ZIGNEGO READY MIX, INC.,**

   **Defendant.**

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

   **IT IS ORDERED** that the case is **DISMISSED** for failing to state a claim on which relief may be granted.

      Approved:

          *s/Nancy Joseph*
          NANCY JOSEPH
          United States Magistrate Judge

Dated: June 7, 2017

          STEPHEN C. DRIES
          Clerk of Court

          *s/Becky Ray*
          (By) Deputy Clerk